# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| DEMETRIA TRAYLOR, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 3:18-cv-3352-B |
| ) | |
| ACCOUNT SERVICES COLLECTIONS, INC. ) ) ) | |
| Defendant. ) | |

### ORDER DIMISSING CASE WITH PREJUDCE

On this date, the Court considered Plaintiff's Notice of Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(i).

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE against Defendant Account Services Collections, Inc.

IT IS SO ORDERED.

SIGNED March 15, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE